## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMMED AHMED SLAM AL-KHATEEB (ISN 689), | ) ) ) |
| Petitioner, | ) ) |
| v. | )  Civil Action No. 09-745 (RCL) |
| BARACK OBAMA, President of the United States, *et al.*, | ) ) ) ) |
| Respondents. | ) ) ) |

## ORDER

Upon consideration of respondent's Unopposed Motion to Suspend Certain Scheduled Dates, it is hereby

ORDERED that the motion is DENIED as moot.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on September 1, 2009.